**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **PIERRE LARKIN and MIESHEIA LARKIN** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:06-cv-0600** |
| | ) | |
| | ) | **Judge Thomas A. Wiseman, Jr.** |
| **METROPOLITAN GOVERNMNET** | ) | |
| **OF NASHVILLE-DAVIDSON** | ) | |
| **COUNTY, TENNESSEE** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

<u>**ORDER**</u>

Before this Court is Defendant Metropolitan Police Department of Nashville's ("Defendant") Motion for Summary Judgment (Doc. No. 17) and Memorandum in Support (Doc. No. 24). Plaintiffs Pierre Larkin and Miesheia Larkin filed a Response in Opposition to Defendant's Motion for Summary Judgment (Doc. No. 26). For the reasons set forth in the accompanying Memorandum, the Court finds that Plaintiffs' claims are without merit and therefore, Defendant's Motion for Summary Judgment (Doc. No. 17) is **GRANTED** and this case is hereby **DISMISSED**.

It is so **ORDERED**. Pursuant to Fed. R. Civ. P. 58, entry of this Order shall constitute the judgment in this action.

Judge Thomas A. Wiseman, Jr.
Senior U.S. District Judge